# UNITED STATES DISTRICT COURT
## District of Minnesota

Venancio Picazo Jimenez,

Petitioner(s),

v.

Todd Blanche, Markwayne Mullin, Todd Lyons, David Easterwood, Sheriff Joel Brott

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-02740-ECT-JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Objections to the Report and Recommendation [ECF No. 10] are OVERRULED IN PART and SUSTAINED IN PART as explained above.
2. The Report and Recommendation [ECF No. 9] is ACCEPTED IN PART and REJECTED IN PART as explained above.
3. Petitioner Venancio P.J.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is GRANTED as explained above.
4. Respondents are ORDERED to immediately release Petitioner Venancio P.J. from custody.

Date: 6/30/2026

KATE M. FOGARTY, CLERK